460 P.2d 73

**STATE of New Mexico, Respondent,**

v.

**Sammy CARRILLO, Petitioner.**

**No. 8928.**

Supreme Court of New Mexico.

Oct. 22, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 366, 80 N.M. 697, 460 P.2d 62 be and the same is hereby returned to the Clerk of the Court of Appeals.

460 P.2d 73

**In re Petition to Adopt Christopher Andrew, Joseph and John QUINTANA, Minor Children.**

**No. 8932.**

Supreme Court of New Mexico.

Oct. 27, 1969.

MOISE, COMPTON, TACKETT and WATSON, Justices, concurring; NOBLE, Chief Justice, being absent and not participating;

Ordered that motion to set supersedeas be and the same is hereby denied.

460 P.2d 73

**Mr. and Mrs. Dan QUINTANA, Plaintiffs-in-Error,**

v.

**Salvador Andres MAEZ and Cecilia M. Maez, his wife, Defendants-in-Error.**

**No. 8935.**

Supreme Court of New Mexico.

Oct. 30, 1969.

MOISE, Acting Chief Justice, and COMPTON, TACKETT and WATSON, JJ., concurring; NOBLE, Chief Justice, being absent and not participating.

Ordered that petition for writ of error be and the same is hereby denied.